**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

John Allen Hagood, Appellant.

Appellate Case No. 2011-185626

Appeal From Greenville County
C. Victor Pyle, Jr., Circuit Court Judge

Unpublished Opinion No. 2012-UP-407
Submitted July 2, 2012 – Filed July 11, 2012

**AFFIRMED**

Appellate Defender Elizabeth A. Franklin-Best, of Columbia, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliott, Assistant Deputy Attorney General David A. Spencer, all of Columbia; and Solicitor W. Walter Wilkins, III, of Greenville, for Respondent.

**PER CURIAM:** John Allen Hagood appeals his convictions of first-degree burglary and grand larceny. Hagood argues the trial court erred in admitting into evidence a statement he made to investigators confessing to the charges. We affirm[1] pursuant to Rule 220(b), SCACR, and the following authority: *State v. Mitchell*, 330 S.C. 189, 193 n.3, 498 S.E.2d 642, 644 n.3 (1998) (holding "a ruling *in limine* is not final, and unless an objection is made at the time the evidence is offered and a final ruling procured, the issue is not preserved for review").

**AFFIRMED.**

**PIEPER, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.